DAVID I. DALBY (SBN 114750)
ddalby@hinshawlaw.com
HINSHAW & CULBERTSON LLP
50 California Street, Suite 2900
San Francisco, CA 94111
Telephone: (415) 362-6000
Facsimile: (415) 834-9070

Attorneys for Defendant
KELLER WILLIAMS REALTY LLC

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KEVIN ARGUELLO, Individually and on behalf of those similarly situated,<br><br>Plaintiff(s),<br><br>v.<br><br>KELLER WILLIAMS REALTY LLC,<br><br>Defendant(s) | Case No. 3:26-cv-05536-JSC<br><br>**STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO THE COMPLAINT**<br><br>Complaint Filed: June 9, 2026<br>Trial Date: None Set |

Pursuant to 6-1(a) of the Civil Local Rules of the United States District Court, Northern District of California, Plaintiff Kevin Afguello ("Plaintiff"), on the one hand, and Defendant Keller Williams Realty LLC ("Defendant"), on the other hand, hereby stipulate as follows:

WHEREAS, Defendant was served with Summons and Complaint and Defendant's answer or motion under Rule 12 must be filed and served on or before August 5, 2026; and

WHEREAS, Plaintiff and Defendant agree that the time for Defendant to file a responsive pleading shall be extended to and including September 2, 2026; and

WHEREAS, Rule 6-1(a) of the Local Rules of the United States District Court, Northern District of California, permits the parties to extend the time within which to answer or otherwise

respond to the complaint by stipulation in writing and without a Court order provided the change will not alter the date of any event or any deadline already fixed by Court order; and

WHEREAS, Plaintiff and Defendant agree that the extension of time for Defendant to file a responsive pleading will not alter the date of any event or any deadline already fixed by Court order;

NOW THEREFORE, Plaintiffs and Defendant, by and through their respective undersigned counsel, hereby stipulate as follows:

The time for Defendant to file a responsive pleading shall be extended to and including September 2, 2026.

SO STIPULATED.

Dated: August 4, 2026

Hinshaw & Culbertson LLP
By: /s/ David I. Dalby
David I. Dalby
Attorney for Defendant
Keller Williams Realty LLC

Dated: August 4, 2026

The Law Offices of Jibrael S. Hindi
By: /s/ Gerald D. Lane, Jr.
Gerald D. Lane, Jr.
Attorney for Plaintiff
Kevin Arguello

**PROOF OF SERVICE**

**Kevin Arguello v. Keller Williams Realty LLC, et al.**

**Case No.: 3:26-cv-05536-JSC**

STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO:

I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within actions; my business address is 50 California Street, Suite 2900, San Francisco, California 94111. Email: llewis@hinshawlaw.com

On **August 4, 2026**, I served the document(s) entitled **STIPULATION FOR EXTENSION OF TIME FOR defendant TO RESPOND TO THE COMPLAINT,** on the interested parties in this action as stated below:

Gerald D. Lane Jr., Esq.
The Law Offices of Jibrael S. Hindi
1515 NE 26th Street
Wilton Manors, FL 33305
Telephone: (754) 444-7539
Email: gerald@jibraellaw.com

Counsel for Plaintiff

'

☐ **(BY MAIL):** I deposited such envelope in the mail at San Francisco, California with postage fully prepaid. I am readily familiar with this firm's practice of collection and processing correspondence for mailing. Under that practice it would be placed for collection and mailing, and deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at San Francisco, California, in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than 1 day after date of deposit for mailing in affidavit.

☐ (**BY E-MAIL OR ELECTRONIC TRANSMISSION**): Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the document(s) to be sent to the person[s] at the e-mail address[es] set forth herein. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐ **(BY ELECTRONIC MAIL):** By transmitting a true copy thereof to the electronic mail addresses as indicated below.

☒ **(BY CM/ECF SERVICE)**: I caused such document(s) to be delivered electronically via CM/ECF as noted herein.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct and was executed on August 4, 2026 at San Francisco, California.

Lesa L. Lewis